UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH MAUER,<br><br>         Plaintiff,<br><br>     v.<br><br>NATIONAL BASKETBALL ASSOCIATION, *et al.*,<br><br>         Defendants. | 23-CV-04937 (JPO)<br><br>FINAL JUDGMENT |

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

(i) For the reasons stated in the Court's Opinion and Order dated March 13, 2024, Defendant Pension Committee of the National Basketball Association Referees' Pension Plan is liable as to Count I of the Complaint and therefore ordered to cause the National Basketball Association Referees' Pension Plan to pay the Plaintiff $2,906,922, representing Plaintiff's pension benefit expressed as a lump sum and calculated as of March 1, 2023, plus simple interest at a rate of 8.5% per annum between March 1, 2023 and the date of entry of this judgment.

(ii) Count II of the complaint is dismissed with prejudice.

(iii) All claims against Defendants the National Basketball Association and NBA Services Corp. are dismissed with prejudice.

It is hereby further **ORDERED, ADJUDGED, AND DECREED** that the parties retain the right to file an appeal from this judgment (except with respect to prejudgment interest) and that pending the outcome of an appeal by defendants: enforcement of this judgment is stayed; and adjudication of any application for recovery of attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) is stayed, and the time to make such application is tolled.

**The Clerk is directed to mark this case as closed.**

Dated: April 22, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge